IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 22-21 |
| | ) |
| LUIS FENTANES | ) |

**ORDER**

AND NOW, this 10th day of September, 2024, pursuant to Federal Rule of Criminal Procedure 32(e)(1), the United States Probation Office is hereby directed to conduct a pre-plea investigation and report as specified below:

[ ]     Full Presentence Report before Guilty Plea (Local Criminal Rule 32(E) disclosure and sentencing schedule be followed).

[X]     Pre-plea Criminal History/Career Offender/Armed Career Criminal investigation and Report (Disclosure only to the parties 60 days from the date of the order).

[ ]     Other (Specify scope of report, disclosure date, and to whom):

_____.

IT IS FURTHER ORDERED that the time from the date of this order until the filing of the Pre-Plea Investigation Report is deemed excludable delay under the Speedy Trial Act, codified at 18 U.S.C. § 3161 et seq. Specifically, the Court finds that ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant to a speedy trial since, for the reasons set forth in the motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time and information which are necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)(7)(B)(iv).

_____
J. Kim R. Gibson
United States District Judge